

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2014

No. 04-13-00287-CR

Terry C. **TRENTACOSTA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2006CR6469
Honorable Ray Olivarri, Judge Presiding

# O R D E R

Sitting:     Catherine, Stone, Chief Justice
                Karen Angelini, Justice
                Luz Elena D. Chapa, Justice

On February 14, 2014, appellant filed a motion titled, "Motion to Record and Transcribe the Formal Submission." The motion is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court